**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 16-56685 |
| Yolanda Poole } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

**My Former Mailing Address was**:

Name:       Yolanda Poole

Street:       4653 Ralston St.

City, State, Zip:   Columbus, OH 43214

**Please be advised that effective May 8th, 2018
my new mailing address is:**

Name:       Yolanda Poole

Street:       377 S Murray Hill Rd.

City, State ,Zip:   Columbus, OH 43228

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on May 8th, 2018, to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Yolanda Poole
377 S Murray Hill Rd.
Columbus, OH 43228

Respectfully Submitted,
/s/ Erin E. Schrader
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480